Patrick M. Howe (SBN 154669)
*pat@patrickhowelaw.com*
PATRICK HOWE LAW, APC
402 W. Broadway, Ste. 1025
San Diego, CA 92101
(619) 398-3422 Phone
(619) 452-2507 Fax

Attorney for plaintiff
United Financial Casualty Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United Financial Casualty Company,<br><br>           Plaintiff,<br><br>     v.<br><br>Jun & Xu Transportation, Inc.; Joe Wang; and Chang Zhen Chen;<br><br>           Defendants. | Case No. 2:20-cv-9840-FLA-MMx<br><br>**Notice of Settlement** |

 Pursuant to L.R. 16-15.7, plaintiff United Financial Casualty Company hereby notifies the Court that the state court injury action alleged in plaintiff's complaint, which is the basis for this declaratory relief case, has settled. Plaintiff anticipates that the closing settlement paperwork in the state court action will be completed and the state court action will be dismissed within 30 days. Once the state court action has been dismissed, plaintiff will file a motion to dismiss this federal case, without prejudice, against all defendants, including Jun &

Xu Transportation, Inc. and Joe Wang, whose defaults have already been taken.

Given the circumstances, plaintiff requests the Court vacate all pending hearing dates and set a status/disposition/OSC conference in late April or early May in the event plaintiff's motion to dismiss has not been filed by that date.

March 15, 2021                    PATRICK HOWE LAW, APC

By: */s/ Patrick M. Howe*
Patrick M. Howe
Attorney for plaintiff United
Financial Casualty Company